## Goodfriend, Appellant, *v.* Diamond Chemical Co., Inc.

Argued September 15, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, and FLOOD, JJ. (RHODES, P. J., and MONTGOMERY, J., absent).

*Louis Kattelman,* for appellant.

*Herbert L. Floum,* for appellee.

OPINION PER CURIAM, November 16, 1961:
The order of the Municipal Court of Philadelphia County is affirmed on the opinion of Judge JOHN A. BOYLE for the court below, reported at 25 Pa. D. & C. 2d 321.